# United States Court of Appeals
## For the First Circuit

No. 09-1806

IN RE: JACALYN S. NOSEK

Debtor.

———

AMERIQUEST MORTGAGE COMPANY,

Appellant,

v.

JACALYN S. NOSEK,

Nominal Appellee.

**JUDGMENT**

Entered:  June 14, 2010

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sanction award against Ameriquest Mortgage Company is modified to $5,000, and the judgment of the district court is otherwise affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. William J. Young, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Wong-Brink, Mr. Harrington, Ms. Healey, Mr. Oetheimer, Mr. Berman, Mr. Murphy, Mr. Stone, Mr. McCall, Mr. Bolan, Mr. Sheehan, Mr. Glosband, Mr. Norton & Ms. Holden.